# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE KEENAN, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>COX COMMUNICATIONS; and DANIEL MARTINEZ, an individual ,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18cv129-MMA (JMA)<br><br>**ORDER DENYING AS MOOT DEFENDANT DANIEL MARTINEZ'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Doc. No. 9] |

On April 2, 2018, Defendant Daniel Martinez ("Martinez") filed a motion to dismiss Plaintiff Lonnie Keenan's ("Plaintiff") Complaint. *See* Doc. No. 9. On April 23, 2018, Plaintiff filed his First Amended Complaint ("FAC").[1] *See* Doc. No. 12. Accordingly, the Complaint which Martinez seeks to dismiss is no longer the operative pleading in this action, as an amended complaint supersedes the original complaint. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

---

[1] Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course within . . . 21 days after service of a motion under Rule 12(b) . . . ." Fed. R. Civ. P. 15(a)(1)(B). Because Plaintiff amended his pleading within 21 days after service of Martinez's motion to dismiss, Plaintiff's FAC is timely.

As such, the Court **DENIES AS MOOT** Martinez's motion to dismiss Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: April 24, 2018

HON. MICHAEL M. ANELLO
United States District Judge