

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lonnie Keenan, an individual<br><br>Plaintiff,<br>V.<br>Cox Communications; Daniel Martinez,<br>an individual; Does 1 through 5, inclusive<br><br>Defendant. | Civil Action No. 18cv129-MMA(LL)<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' motion for summary judgment as to all claims.

Date: 7/22/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy